## Form 400

State of Minnesota      )
                        ) ss
Stearns County          )

In _____Court

_____Judicial (Circuit/District)

Midland Funding LLC,

Plaintiff

-vs-

LAUBER, EVA Y

Defendant(s)

COLLEEN SCHULTZ, whose business address is 16 McLeland Road, Suite 101, Saint Cloud, Minnesota 56303,, certifies and says:

1.   I am employed by Midland Credit Management, Inc., servicer of this account on behalf of Midland Funding LLC I make the statements herein based upon my personal knowledge. Midland Funding LLC is the current owner of, and/or successor to, the obligation sued upon.

2.   That by virtue of such relationship and my employment with Midland Credit Management Inc., I have personal knowledge of all relevant financial information concerning Midland Credit Management Inc.'s account number ▮▮▮▮▮6088, which includes the following information:  that the defendant did fail to make payments on the account and that demand has been made for defendant to make payment of the balance owing on the account described above more than thirty (30) days prior to making this affidavit; that the attorneys representing plaintiff Midland Funding LLC were retained on Midland Funding LLC behalf by me or persons reporting to me for the purpose of collecting the delinquent debt owed on the defendant's account number set out above; and that there was due and owing to Midland Funding LLC the sum of $4,641.98.

3.   That plaintiff's predecessor in interest sold and assigned all right, title and interest in the defendant's HOUSEHOLD FINANCE account to the plaintiff.

4.   The final statement of account reveals that the defendant owed a balance of $4,641.98 on the following date: 2005-12-31; and that such balance will continue to earn interest at a rate of .00% as annual percentage rate calculated as required by the Federal Truth in Lending Act, until judgment is entered herein, after which interest on the unpaid balance shall accrue as required by law and as set forth within the terms of the judgment.

5.   That upon information and belief, based upon business dealings with the defendant (s), the defendant (s), is/are not a minor (s) or mentally incapacitated person (s).

I certify under penalty of perjury that the foregoing statements are true and correct.

Dated this 19 day of September 2008.



EXHIBIT

1

COLLEEN SCHULTZ

_____
Affiant's Signature

State of Minnesota

Stearns County

Subscribed and sworn to (or affirmed) before me on this 19 day of September, 2008 by COLLEEN SCHULTZ, personally known to me or proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

(signature of Notary)  (seal of Notary)

```
┌─────────────────────────────────────┐
│  (SEAL)   DARLA GENZ                 │
│           Notary Public-Minnesota    │
│           My Commission Expires Jan. 31, 2013 │
│  WA1                                 │
└─────────────────────────────────────┘
```

Suttell & Associates

Notary Public for the State of Minnesota

P86

1
2
3
4
5
6
7
8  MIDLAND FUNDING LLC,
9      Plaintiff
10
11  -vs-                                        AFFIDAVIT OF JUDY RICHTER
12  DANE SCOTT,
13      Defendant(s).

14      Judy Richter, whose business address is 16 Mcleland Rd Suite 101, St. Cloud, MN

15  56303, certifies and says:

16  1.      I am employed as a Specialist  and am a custodian of records for Midland Credit

17  Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff.  I am a

18  competent person over eighteen years of age, and make the statements herein based

19  upon personal knowledge of the recordkeeping systems maintained on plaintiff's behalf.

20  Plaintiff is the current owner of, and/or successor to, the obligation sued upon, and was

21  assigned all the rights, title and interest to defendant's WASHINGTON MUTUAL account

22  446~~~~~~~~~~330 (MCM Number~~~~~~~~935) (hereinafter "the account"). I have

23  possession of the books and records pertaining to the account and am authorized to make this

24  affidavit on plaintiff's behalf.

25  2.      I am familiar with the manner and method by which MCM creates and maintains its

26  normal business books and records. The records are kept in the regular course of business.

27  It was in the regular course of business for a person with knowledge of the act or event

28

AFFIDAVIT OF JUDY RICHTER - 1




AFFRECORD


**EXHIBIT**
**2**


218550

P87

1  recorded to make the record or data compilation, or for a person with knowledge to transmit

2  information thereof to be included in such record. The record or compilation was made at

3  or near the time of the act or event, or reasonably soon thereafter. The relevant financial

4  information concerning the account includes the following:

5  3.    The account, pursuant to the attached statement, shows that the defendant(s) owe(s) a

6  balance of $5208.19; and such balance will continue to accrue interest at the rate set forth

7  in the cardholder agreement/original contract and/or as required by law, until judgment is

8  entered herein, after which interest on the unpaid balance shall accrue as required by law and

9  as set forth within the terms of the judgment.

10  4.    This action is based upon a revolving credit agreement entered into between

11  defendant(s) and the original credit grantor.  Pursuant to the agreement, defendant(s) agreed

12  to pay monthly installments to the original credit grantor for all goods and/or services and/

13  or cash advances.  Upon information and belief, defendant(s) used or authorized the use of

14  the credit card account to obtain loans from the original credit grantor for the purpose of

15  obtaining goods and/or services and/or cash advances but failed to make the payments due

16  pursuant to the agreement.

17  5.    Demand was made for full payment of the balance herein more than 30 days prior to

18  making this affidavit; defendant(s) failed to make full payment of the amount owed on the

19  account; and the attorneys representing plaintiff were retained for the purpose of collecting

20  the delinquent debt owed on the account set out above.

21  6.    Upon information and belief, the documents attached hereto are certified to be correct

22  originals or true and correct copies of the originals, being a reproduction from the records

23  on file on behalf of plaintiff or submitted to establish the contents of a lost or destroyed

24  document.

25  7.    If called to testify as a witness thereon, I could and would competently testify as to all

26  the facts stated herein.

27

28

AFFIDAVIT OF JUDY RICHTER - 2


8530119935


AFFRECORD


218550

1     I certify under penalty of perjury that the foregoing statements are true and correct to

2     the best of my knowledge.

3

4     <u>   AUG 2 4 2009   </u>

    Date

5                Judy Richter

6     STATE OF MINNESOTA

7     COUNTY OF STEARNS

8     Signed and sworn to (or affirmed) before on    **AUG 2 4 2009**    by    **Judy Richter**   .

9

10

11

12     (Seal)                Notary Public

13                   My commission expires:_____

14

15         BERNICE EVELYN THELL
        Notary Public-Minnesota
        My Commission Expires Jan. 31, 2011

16

17

18     WA1

19     Suttell & Associates

20

21

22

23

24

25

26

27

28

                  AFFIDAVIT OF JUDY RICHTER - 3


8530119935


AFFRECORD


218550

P89

'20 0042

1

2

3

4

5

6

7

8  MIDLAND FUNDING LLC,

9    Plaintiff

10   -vs-                                          AFFIDAVIT OF ELIZABETH NEU

11

12  SCOTT BOOLEN,

13   Defendant(s).

14        Elizabeth Neu, whose business address is 16 Mcleland Rd Suite 101, St. Cloud, MN

15  56303, certifies and says:

16  1.    I am employed as a Specialist and am a custodian of records for Midland Credit

17  Management, Inc. ("MCM"). I am a competent person over eighteen years of age, and

18  make the statements herein based upon personal knowledge of the recordkeeping systems

19  maintained on plaintiff's behalf.  I have possession of the books and records pertaining

20  to defendant's BANK OF AMERICA account          5106 (MCM Number

21  8530375119) (hereinafter "the account"), and am authorized to make this affidavit on

22  plaintiff's behalf.

23  2.    I am familiar with the manner and method by which MCM creates and maintains its

24  normal business books and records. The records are kept in the regular course of business.

25  It was in the regular course of business for a person with knowledge of the act or event

26  recorded to make the record or data compilation, or for a person with knowledge to transmit

27  information thereof to be included in such record. The record or compilation was made at

28

AFFIDAVIT OF ELIZABETH NEU - 1




AFFRECORD


EXHIBIT
3


208642

P90

1  or near the time of the act or event, or reasonably soon thereafter. The relevant financial

2  information concerning the account includes the following:

3  3.   The account, pursuant to the attached statement, shows that the defendant(s) owe(s) a

4  balance of $2258.03; and such balance will continue to accrue interest at the rate set forth

5  in the cardholder agreement/original contract and/or as required by law, until judgment is

6  entered herein, after which interest on the unpaid balance shall accrue as required by law and

7  as set forth within the terms of the judgment.

8  4.   This action is based upon a revolving credit agreement entered into between

9  defendant(s) and the original credit grantor.  Pursuant to the agreement, defendant(s) agreed

10 to pay monthly installments to the original credit grantor for all goods and/or services and/

11 or cash advances.  Upon information and belief, defendant(s) used or authorized the use of

12 the credit card account to obtain loans from the original credit grantor for the purpose of

13 obtaining goods and/or services and/or cash advances but failed to make the payments due

14 pursuant to the agreement.

15 5.   The defendant(s) failed to make payments on the account; demand has been made for

16 defendant(s) to make payment of the balance owing on the account described herein more

17 than thirty (30) days prior to making this affidavit; and the attorneys representing plaintiff

18 were retained for the purpose of collecting the delinquent debt owed on the account set out

19 above.

20 6.   Upon information and belief, the documents attached hereto are certified to be correct

21 originals or true and correct copies of the originals, being a reproduction from the records

22 on file on behalf of plaintiff or submitted to establish the contents of a lost or destroyed

23 document.

24 7.   If called to testify as a witness thereon, I could and would competently testify as to all

25 the facts stated herein.

26

27

28

AFFIDAVIT OF ELIZABETH NEU - 2


8530375119


AFFRECORD


208642

P91

1   I certify under penalty of perjury that the foregoing statements are true and correct to

2   the best of my knowledge.

3      JUL 1 3 2009

4   ――――――――――――――
    Date

5

6   STATE OF MINNESOTA

7   COUNTY OF STEARNS

8   Signed and sworn to (or affirmed) before on JUL 1 3 2009 _____ by ____Elizabeth Neu____.

9

10

11  (Seal)                                    Notary Public

12

13                                            My commission expires:_____

14  BERNICE EVELYN THELL
    Notary Public-Minnesota
15  My Commission Expires Jan. 31, 2011

16

17

18  WA1
19  Suttell & Associates

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF ELIZABETH NEU - 3





1
2
3
4
5
6
7
8 MIDLAND FUNDING LLC,

9  Plaintiff

10  -vs-                                    AFFIDAVIT OF KELLY ELLSWORTH

11 JOEL FINCH,

12
13  Defendant(s).

14      Kelly Ellsworth, whose business address is 16 McLeland Rd Suite101, St. Cloud, MN
15  56303, certifies and says:

16  1.     I am employed as a Legal Specialist and have access to pertinent account records for
17  Midland Credit Management, Inc. ("MCM"), servicer of this account on behalf of plaintiff.
18  I am a competent person over eighteen years of age, and make the statements herein based
19  upon personal knowledge of those account records maintained on plaintiff's behalf.  Plaintiff
20  is the current owner of, and/or successor to, the obligation sued upon, and was assigned all
21  the rights, title and interest to defendant's FIRST NATIONAL BANK OF OMAH account
22  ████████ 2457 (MCM Number 8531929105) (hereinafter "the account"). I have access
23  to and have reviewed the records pertaining to the account and am authorized to make this
24  affidavit on plaintiff's behalf.
25  2.     I am familiar with the manner and method by which MCM creates and maintains its
26  business records pertaining to this account. The records are kept in the regular course of
27  business. It was in the regular course of business for a person with knowledge of the act or
28

AFFIDAVIT OF KELLY ELLSWORTH - 1

 8531929105   AFFRECORD   **EXHIBIT** 4   247695

P93

1  event recorded to make the record or data compilation, or for a person with knowledge to

2  transmit information thereof to be included in such record. In the regular course of business,

3  the record or compilation is made at or near the time of the act or event. The relevant

4  financial information concerning the account includes the following:

5  3.      The account shows that the defendant(s) owed a balance of $4418.98; and I am advised

6  that such balance may accrue interest at the rate set forth in the cardholder agreement/original

7  contract and/or as required by law, until judgment is entered herein, after which interest on

8  the unpaid balance shall accrue as required by law and as set forth within the terms of the

9  judgment.

10  4.      Upon information and belief, this action is based upon a revolving credit agreement

11  entered into between defendant(s) and the original credit grantor. Upon information and

12  belief, pursuant to the agreement, defendant(s) agreed to pay monthly installments to the

13  original credit grantor for all goods and/or services and/or cash advances.  Upon information

14  and belief, defendant(s) used or authorized the use of the credit card account to obtain loans

15  from the original credit grantor for the purpose of obtaining goods and/or services and/or

16  cash advances but failed to make the payments due pursuant to the agreement.

17  5.      If called to testify as a witness thereon, I could and would competently testify as to all

18  the facts stated herein.

19

20

21

22

23

24

25

26

27

28

AFFIDAVIT OF KELLY ELLSWORTH - 2





1 | I certify under penalty of perjury that the foregoing statements are true and correct to

2 | the best of my knowledge.

3 |

APR 2 0 2010

4 | Date

5 | Kelly Ellsworth

6 | STATE OF MINNESOTA

7 | COUNTY OF STEARNS

8 | APR 2 0 2010

9 | Signed and sworn to (or affirmed) before me on _____ by Kelly Ellsworth.

10 |

11 |

12 | (Seal) | Notary Public

13 | My commission expires:_____

14 | NANCY A. VAN ZEE
Notary Public-Minnesota
15 | My Commission Expires Jan. 31, 2012

16 |

17 |

18 | WA1
19 | Suttell & Hammer, P.S.

20 |

21 |

22 |

23 |

24 |

25 |

26 |

27 |

28 |

AFFIDAVIT OF KELLY ELLSWORTH - 3





AFFRECORD



247695